UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MATTHEW CHRISTOPHER CAUPP,

    Petitioner,

vs.

CAPTAIN HAWES,

    Respondent.

Case No. 3:23-cv-309

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 4); (2) DENYING AND DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS (Doc. No. 1); AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. No. 4), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. No. 4) is **ADOPTED**; (2) the Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED** and **DISMISSED**; and (3) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

<u>May 23, 2024</u>                      s/*Michael J. Newman*
                                              Hon. Michael J. Newman
                                              United States District Judge